

**Entered on Docket**
**January 29, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

JEFFREY G. SLOANE, ESQ.
Nevada Bar No. 000784
KRAVITZ, SCHNITZER, SLOANE &
JOHNSON CHARTERED
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
(702) 222-4143
JSloane@kssattorneys.com
Attorney for Creditor/Movant
FORD MOTOR CREDIT

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under |
| | ) | Chapter 13 |
| TY SPENCE | ) | BK-S-09-21040-MKN |
| | ) | |
| Debtor. | ) | Date:   December 2, 2009 |
| | ) | Time:  1:30 p.m. |

<u>ORDER DENYING MOTION FOR RELIEF FROM STAY</u>
<u>AND ESTABLISHING GUIDELINES FOR FUTURE DELINQUENCY</u>

Creditor, FORD MOTOR CREDIT's Motion For Relief From Stay having come on before this Court on December 2, 2009; Jeffrey G. Sloane, Esq. of Kravitz, Schnitzer, Sloane & Johnson, Chtd., appearing by and on behalf of FORD MOTOR CREDIT (hereinafter referred to as "Creditor"), TY SPENCE   (hereinafter referred to as "Debtor"), appearing by and through counsel, CHRISTIAN N. GRIFFIN, ESQ., as agreed and as evidenced by his signature hereinbelow; and,

for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Creditor's Motion For Relief From Stay is hereby denied and the following guidelines shall be established in the event of future delinquency.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that arrears due and owing to the Creditor through January 4, 2010, in the amount of $2,966.08, together with $475.00 in attorney's fees and costs, for a sum of $3,441.08, shall be paid as follows:

The Debtor shall pay the sum of $500.00 immediately with the balance of $2,941.08 to be paid over 6 months, commencing January 15, 2010 at $490.18 per month.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtor shall timely make their contractual payments to Creditor, commencing January 4, 2010.

Account number ****0202 shall be identified on all payments to the Creditor and shall be mailed to the following address:

FORD MOTOR CREDIT
P.O. BOX 55000
DRAWER 55-953
DETROIT, MI 48255-0983

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtor shall remain current on their Plan payments to the Trustee.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Debtor shall keep and maintain proper insurance on the vehicle described hereinbelow naming the Creditor as loss payee beneficiary.

/ / /

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that should the Debtor fail to pay arrears, fees and costs as outlined hereinabove; fail to remain current with their payments to the Creditor in the future as outlined hereinabove; fail to timely make Plan payments; fail to maintain insurance naming the Creditor as loss payee beneficiary; or encumber said vehicle and thereby affect the Creditor's lien;  the Creditor shall give ten (10) days written notice of the Debtor's delinquency to the Debtor and to the Debtor's attorney and thereafter should Debtor fail to cure their delinquency at the expiration of the ten (10) day period, the Creditor may obtain from this Court its Ex Parte Order Lifting Automatic Stay to take possession of the 2005 FORD F150, VIN 1FTRF12225NB97998, and sell the same and apply the proceeds of said sale to the indebtedness due the Creditor by the Debtor.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, upon entry of any Order Lifting Automatic Stay on the vehicle described herein, the Debtor shall immediately surrender said vehicle to the Creditor.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, in the event the Debtor cure their delinquency pursuant to the 10-day notice, the Debtor shall pay the Creditor $100.00, along with the payment of the delinquency, as and for attorney's fees for having to send the ten (10) day notice to the Debtor and/or Debtor's counsel.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a conversion of this case to a Chapter 7 case shall be considered a breach of this order and the 10-day notice to pay all sums then due and owing shall be in effect.

/ / / /

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon disposition of the

property, the Creditor will amend or delete its Proof of Claim on file with the Court and provide

the Chapter 13 Trustee notice of same.

DATED this ___19___ day of ___Jan___, ~~2009~~ 2010.

SUBMITTED BY:

KRAVITZ, SCHNITZER, SLOANE &
JOHNSON, CHTD.


BY_____
    JEFFREY G. SLOANE, ESQ.
    8985 S.Eastern Ave., Ste. 200
    Las Vegas, NV 89123
    Attorneys for Creditor

APPROVED AS TO FORM/CONTENT:



BY_____
    CHRISTIAN N. GRIFFIN, ESQ.
    1020 Garces Ave.
    Las Vegas, NV 89101
    Attorneys for Debtor




BY _Did not Respond._
    RICK A. YARNALL, TRUSTEE
    701 Bridger Ave., #820
    Las Vegas, NV 89101

                    # # #

## ALTERNATIVE METHOD re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

(   ) The Court has waived the requirement of approval under LR 9021.

( ✓ ) This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

(   ) This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document]:

(   ) I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel for Plaintiff appeared and the Trustee has not responded.

Date: 1/19/10

/s/JEFFREY G. SLOANE, ESQ.
JEFFREY G. SLOANE, ESQ.
Kravitz, Schnitzer, Sloane & Johnson, Chtd.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123